UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. AMARAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendants. | No.  EDCV 12-1480-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that (1) Defendants' motion to dismiss is granted; (2) the federal claims are dismissed with prejudice; (3) the state law claims are dismissed without prejudice; and (4) Judgment be entered for Defendants.

DATED: 11/4/13

　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　United States District Judge