UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. AMARAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　　Defendants. | No. EDCV 12-1480-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) Defendants' motion to dismiss is granted; (2) the federal claims are dismissed with prejudice; (3) the state law claims are dismissed without prejudice; and (4) Judgment is entered in favor of Defendants.

DATED: 11/4/13

_____
DALE S. FISHER
United States District Judge